**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Katherine**<br>First name<br><br>**Michelle**<br>Middle name<br><br>**Rzad**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Katherine**<br>First name<br><br>**M.**<br>Middle name<br><br>**Rzad**<br>Last name<br><br>**Katherine**<br>First name<br><br>_____<br>Middle name<br><br>**Rzad**<br>Last name<br><br>**(other) Katherine M Rzad LLC**<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable)<br>See continuation page. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **6  8  4  2**<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Debtor 1    **Katherine**      **Michelle**      **Rzad**

First Name       Middle Name       Last Name       Case number *(if known)* _____

|  |  |  |
|---|---|---|
|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**4.**   **Your Employer Identification Number (EIN), if any.**

_ _ – _ _ _ _ _ _ _
EIN

_ _ – _ _ _ _ _ _ _
EIN

_ _ – _ _ _ _ _ _ _
EIN

_ _ – _ _ _ _ _ _ _
EIN

**5.**   **Where you live**

**3617 Lake Tahoe Drive**
Number    Street

**Arlington, TX 76016**
City        State    ZIP Code

**Tarrant**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City        State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____
City        State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City        State    ZIP Code

**6.**   **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No.
- ☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

---

**11. Do you rent your residence?**

- ☐ No.   Go to line 12.
- ☑ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☑ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td style="background:black;color:white">**Part 3:**</td><td>Report About Any Businesses You Own as a Sole Proprietor</td></tr>
</table>

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**(other) Katherine M Rzad LLC**
Name of business, if any

**3617 Lake Tahoe Drive**
Number          Street

_____

**Arlington**                    **TX**        **76016**
City                             State         ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:**  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.**  **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

_____

Where is the property?    _____

Number       Street

_____

_____
City                                State      ZIP Code

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

---

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.
☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☑ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Katherine Michelle Rzad** _____

Katherine Michelle Rzad, Debtor 1

Executed on **05/28/2025** _____
MM/ DD/ YYYY

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Karen Kisch**                        Date **05/28/2025**
_____                    _____
Signature of Attorney for Debtor                    MM / DD / YYYY

**Karen Kisch**
_____
Printed name

**Kisch Consumer Law, PLLC**
_____
Firm name

**6915 Kelsey Rae Ct.**
_____
Number        Street

_____

**Houston**                          **TX**    **77069**
_____            _____
City                              State   ZIP Code

Contact phone **(713) 258-0259**          Email address **kkisch@kischconsumerlaw.com**

**11139175**                          **TX**
_____            _____
Bar number                            State

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2. | **All other names you have used in the last 8 years (cont.)** | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| | Include your married or maiden names and any assumed, trade names and *doing business as* names. | **Katherine** _____ | _____ |
| | | First name | First name |
| | | **Rzad** _____ | _____ |
| | | Middle name | Middle name |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Mullen** _____ | _____ |
| | | Last name | Last name |

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Katherine**      **Michelle**      **Rzad** | |
| | First Name      Middle Name      Last Name | |
| Debtor 2 (Spouse, if filing) | | |
| | First Name      Middle Name      Last Name | |
| United States Bankruptcy Court for the: | **Northern**      District of      **Texas** | |
| Case number | | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1 _____

   Street address, if available, or other description

   _____

   City      State      ZIP Code

   _____

   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**      **Current value of the portion you own?**

   **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.
   _____

   ☐ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ..................➔  | **$0.00** |

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor   **Rzad, Katherine Michelle**                                            Case number *(if known)* _____

| 3.1 | Make: | **Subaru** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1

Make: **Subaru**

Model: **Outback 2.5i Limited**

Year: **2016**

Approximate mileage: **132,000**

Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$8,600.00**

Current value of the portion you own?  **$8,600.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1

Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ...................................................... →   **$8,600.00**

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........

**sofa(s), loveseat(s), end tables, kitchen table, dining table, refrigerator / freezer, microwave, dish washer, washing machine, clothes dryer, dishes / flatware, pots / pans / cookware, bed, dresser(s) / nightstand(s), lamps / accessories; kids books, family pictures**

**$1,545.00**

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........

**75" flat screen, 40" flat screen, personal computer, cell phone, monitor, printer**

**$900.00**

Debtor    **Rzad, Katherine Michelle**

Case number *(if known)*

---

8. **Collectibles of value**

   *Examples:*    Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or
   baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:*    Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and
   kayaks; carpentry tools; musical instruments

   ☑ No

   ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:*    Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:*    Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........    **Everyday Clothes, Workout leggings, T-shirts, Jackets, Tennis shoes.**    $280.00

12. **Jewelry**

    *Examples:*    Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold,
    silver

    ☐ No

    ☑ Yes. Describe. .........    **Moissanite and gold ring, Diamond earrings, Misc costume jewelry**    $300.00

13. **Non-farm animals**

    *Examples:*    Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........    **2 Dogs**    $0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific
    information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
    **for Part 3. Write that number here** ...................................................................................    ➔    $3,025.00

| **Part 4:** | Describe Your Financial Assets |

---

Debtor  **Rzad, Katherine Michelle**                                           Case number *(if known)*

---

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ...........................................................................................................................  Cash: ...................

$40.00

**17. Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ....................                    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Chase Bank** **Account Number: 7801** | $56.30 |
| 17.2. Checking account: | **Chase Bank** **Account Number: 0514** | $1.50 |
| 17.3. Savings account: | **Amex** **Account Number: 7877** | $42.04 |
| 17.4. Savings account: | **Chase Bank** **Account Number: 6945** | $5.00 |
| 17.5. Savings account: | **Chase Bank - Account belongs to minor son Jerry Roberson II.** **Account Number: 3281** | $2.50 |
| 17.6. Other financial account: | **Chase Bank** **Account Number: 1950** | $5.00 |
| 17.7. Other financial account: | **Chase Bank** **Account Number: 9253** | $32.81 |
| 17.8. Other financial account: | **Apple cash** | $10.03 |
| 17.9. Other financial account: | **Cash app** | $18.00 |
| 17.10. Other financial account: | **Greenlight account belongs to Debtor's minor Jerry Roberson II.** | $35.51 |
| 17.11. Other financial account: | **Pay Pal** | $0.00 |
| 17.12. Other financial account: | **Venmo** | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

☑ Yes ....................    Institution or issuer name:

| | |
|---|---|
| **E-trade** | $350.46 |

---

Debtor  **Rzad, Katherine Michelle**                                             Case number *(if known)*

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them....................

Name of entity:                                              % of ownership:

**Agentdesks Incorporated**                                  **100.00%**
**406 shares, 0.44 per share, fair market value $178.00, Not**                                     **$0.00**
**public yet.**

**Katherine M Rzad LLC**                                     **100.00%**              **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them....................

Issuer name:

21. **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each account separately.

Type of account:        Institution name:

401(k) or similar plan:  **Human Interest**                                      **$13,363.18**

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes ......................

Institution name or individual:

Security deposit on rental unit:  **Divvy Homes (Maymont Homes)**
**Owed to Debtor**                                             **$1,525.60**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ......................  Issuer name and description:

---

Debtor   **Rzad, Katherine Michelle** _____   Case number *(if known)* _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

Federal: _____
State: _____
Local: _____

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

Debtor  **Rzad, Katherine Michelle** _____   Case number *(if known)* _____

☑ No

☐ Yes. Give specific information. ........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........ _____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

Company name: _____   Beneficiary: _____   Surrender or refund value: _____

_____   _____   _____

_____   _____   _____

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. .............. _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. .............. _____

35. **Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information. ........   Health FSA   $3,300.81

Debtor   **Rzad, Katherine Michelle**                                        Case number *(if known)*

---

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached ➔   | $18,788.74 |
    for Part 4. Write that number here ...............................................................................................

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ☑ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

   ☑ No
   ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

   ☑ No
   ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

   ☑ No
   ☐ Yes. Describe. .........

41. **Inventory**

   ☑ No
   ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

   ☑ No
   ☐ Yes. Describe .......

   Name of entity:                           % of ownership:

---

Debtor    **Rzad, Katherine Michelle**                                    Case number *(if known)*

43.   **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        ☐ No

        ☐ Yes. Describe. .........

44.   **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
        information .........

45.   **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
      for Part 5. Write that number here** ............................................................................... →   | $0.00 |

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.   **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47.   **Farm animals**

*Examples:*  Livestock, poultry, farm-raised fish

☑ No

☐ Yes ..........................

48.   **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
        information. ............

Debtor   **Rzad, Katherine Michelle**                                      Case number *(if known)*

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

  ☑ No

  ☐ Yes ......................... _____         _____

50. **Farm and fishing supplies, chemicals, and feed**

  ☑ No

  ☐ Yes ......................... _____         _____

51. **Any farm- and commercial fishing-related property you did not already list**

  ☑ No

  ☐ Yes. Give specific
     information. ............ _____         _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here** ...................................................... ➡         | **$0.00** |

---

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

  *Examples:*  Season tickets, country club membership

  ☑ No

  ☐ Yes. Give specific
     information. ............ _____         _____
                                                                          _____
                                                                          _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... ➡     | **$0.00** |

---

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ................................................................... ➡     | **$0.00** |

56. **Part 2: Total vehicles, line 5**                               _____ **$8,600.00**

57. **Part 3: Total personal and household items, line 15**          _____ **$3,025.00**

58. **Part 4: Total financial assets, line 36**                      _____ **$18,788.74**

59. **Part 5: Total business-related property, line 45**             _____ **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**    _____ **$0.00**

61. **Part 7: Total other property not listed, line 54**        +    _____ **$0.00**

62. **Total personal property. Add lines 56 through 61.** ...............  | **$30,413.74** |   Copy personal property total ➡   +  | **$30,413.74** |

---

Debtor   **Rzad, Katherine Michelle**                                        Case number *(if known)*

| | |
|---|---|
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................................................... | **$30,413.74** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Katherine** | **Michelle** | **Rzad** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

☐ Check if this is an amended filing

<u>Official Form 106C</u>

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2016 Subaru Outback 2.5i Limited** | **$8,600.00** | ☑ **$4,450.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Line from *Schedule A/B*: **3.1** | | ☑ **$4,150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Debtor 1 | Katherine | Michelle | Rzad | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **sofa(s), loveseat(s), end tables, kitchen table, dining table, refrigerator / freezer, microwave, dish washer, washing machine, clothes dryer, dishes / flatware, pots / pans / cookware, bed, dresser(s) / nightstand(s), lamps / accessories; kids books, family pictures**<br><br>Line from *Schedule A/B:* **6** | $1,545.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $845.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br><br><br>11 U.S.C. § 522(d)(5) |
| Brief description: **75" flat screen, 40" flat screen, personal computer, cell phone, monitor, printer**<br><br>Line from *Schedule A/B:* **7** | $900.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br><br><br>11 U.S.C. § 522(d)(5) |
| Brief description: **Everyday Clothes, Workout leggings, T-shirts, Jackets, Tennis shoes.**<br><br>Line from *Schedule A/B:* **11** | $280.00 | ☑ $280.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Moissanite and gold ring, Diamond earrings, Misc costume jewelry**<br><br>Line from *Schedule A/B:* **12** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |

| Debtor 1 | Katherine | Michelle | Rzad | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2 Dogs**<br>Line from *Schedule A/B:* **13** | $0.00 | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Cash on Hand**<br>Line from *Schedule A/B:* **16** | $40.00 | ☑ **$40.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Chase Bank**<br>**Checking account**<br>**Acct. No.: 7801**<br>Line from *Schedule A/B:* **17** | $56.30 | ☑ **$56.30**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Chase Bank**<br>**Savings account**<br>**Acct. No.: 6945**<br>Line from *Schedule A/B:* **17** | $5.00 | ☑ **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Chase Bank**<br>**Brokerage account**<br>**Acct. No.: 1950**<br>Line from *Schedule A/B:* **17** | $5.00 | ☑ **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Chase Bank**<br>**Brokerage account**<br>**Acct. No.: 9253**<br>Line from *Schedule A/B:* **17** | $32.81 | ☑ **$32.81**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Chase Bank**<br>**Checking account**<br>**Acct. No.: 0514**<br>Line from *Schedule A/B:* **17** | $1.50 | ☑ **$1.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Chase Bank -**<br>**Account belongs to minor son Jerry Roberson II.**<br>**Savings account**<br>**Acct. No.: 3281**<br>Line from *Schedule A/B:* **17** | $2.50 | ☑ **$2.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | Katherine | Michelle | Rzad | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Cash app**<br>Other financial account<br>Line from *Schedule A/B:* **17** | **$18.00** | ☑ **$18.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Venmo**<br>Other financial account<br>Line from *Schedule A/B:* **17** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Pay Pal**<br>Other financial account<br>Line from *Schedule A/B:* **17** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Amex**<br>Savings account<br>Acct. No.: 7877<br>Line from *Schedule A/B:* **17** | **$42.04** | ☑ **$42.04**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Apple cash**<br>Other financial account<br>Line from *Schedule A/B:* **17** | **$10.03** | ☑ **$10.03**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Greenlight account belongs to Debtor's minor Jerry Roberson II.**<br>Other financial account<br>Line from *Schedule A/B:* **17** | **$35.51** | ☑ **$35.51**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **E-trade**<br>Line from *Schedule A/B:* **18** | **$350.46** | ☑ **$350.46**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | Katherine | Michelle | Rzad | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **Agentdesks Incorporated 406 shares, 0.44 per share, fair market value $178.00, Not public yet.**<br><br>Line from *Schedule A/B*: **19** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Katherine M Rzad LLC**<br><br>Line from *Schedule A/B*: **19** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Human Interest**<br><br>Line from *Schedule A/B*: **21** | **$13,363.18** | ☑ **$13,396.11**<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 U.S.C. § 522(d)(12)** |
| Brief description: **Divvy Homes (Maymont Homes) Owed to Debtor** **Security deposit on rental unit**<br><br>Line from *Schedule A/B*: **22** | **$1,525.60** | ☑ **$1,525.60**<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Health FSA**<br><br>Line from *Schedule A/B*: **35** | **$3,300.81** | ☑ **$3,300.81**<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 U.S.C. § 522(d)(5)** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Rzad, Katherine Michelle**                                    CASE NO

                                                                       CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real Estate | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicle | $8,600.00 | $0.00 | $8,600.00 | $8,600.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $1,545.00 | $0.00 | $1,545.00 | $1,545.00 | $0.00 |
| 7. | Electronics | $900.00 | $0.00 | $900.00 | $900.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $280.00 | $0.00 | $280.00 | $280.00 | $0.00 |
| 12. | Jewelry | $300.00 | $0.00 | $300.00 | $300.00 | $0.00 |
| 13. | Nonfarm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $40.00 | $0.00 | $40.00 | $40.00 | $0.00 |
| 17. | Deposits of money | $208.69 | $0.00 | $208.69 | $208.69 | ($0.01) |
| 18. | Bonds, mutual funds, or publicly traded stocks | $350.46 | $0.00 | $350.46 | $350.46 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $13,363.18 | $0.00 | $13,363.18 | $13,396.11 | ($32.93) |
| 22. | Security deposits and prepayments | $1,525.60 | $0.00 | $1,525.60 | $1,525.60 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Rzad, Katherine Michelle**                                    CASE NO

                                                                          CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $3,300.81 | $0.00 | $3,300.81 | $3,300.81 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:   **Rzad, Katherine Michelle**                              CASE NO

                                                                 CHAPTER  **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$30,413.74** | **$0.00** | **$30,413.74** | **$30,446.67** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:     **Rzad, Katherine Michelle**                                    CASE NO

                                                                          CHAPTER **7**

**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**

*Continuation Sheet #3*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $30,413.74 | $0.00 | $30,413.74 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Rzad, Katherine Michelle**

CASE NO

CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #4*

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$30,413.74** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$30,413.74** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$0.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$0.00** |
| G. Total Equity (not including surrendered property) / (A-D) | **$30,413.74** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$30,413.74** |
| J. Total Exemptions Claimed (Wild Card Used: $10,620.56, Available: $4,804.44) | **$30,446.67** |
| K. Total Non-Exempt Property Remaining (G-J) | **$0.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Katherine** | **Michelle** | **Rzad** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Northern** | District of | **Texas** |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify your case:**

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

**1.    Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.    List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number    **6    8    4    2** | **$7,977.57** | **$7,977.00** | **$0.57** |
|---|---|---|---|---|---|

Priority Creditor's Name

**Centralized Insolvency Operation**     When was the debt incurred?     **2022-2023**

**PO Box 7346**

Number        Street        As of the date you file, the claim is: Check all that apply.

**Philadelphia, PA 19101-7346**     ☐ Contingent

City        State        ZIP Code     ☐ Unliquidated

☐ Disputed

**Who incurred the debt? Check one.**

☑ Debtor 1 only     **Type of PRIORITY unsecured claim:**

☐ Debtor 2 only     ☐ Domestic support obligations

☐ Debtor 1 and Debtor 2 only     ☑ Taxes and certain other debts you owe the government

☐ At least one of the debtors and another     ☐ Claims for death or personal injury while you were intoxicated

☐ **Check if this claim is for a        ☐ Other. Specify _____
community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor 1    **Katherine**         **Michelle**      **Rzad**              Case number *(if known)* _____
           First Name          Middle Name       Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1**  **AES**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 2461**

Number          Street

**Harrisburg, PA 17105-2461**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    0   0   0   2            **$50,873.00**

**When was the debt incurred?**        2/15/2006

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.2**  **Amex**

Nonpriority Creditor's Name

**Po Box 297871**

Number          Street

**Ft Lauderdale, FL 33329-7871**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    7   8   0   3            **$14,063.00**

**When was the debt incurred?**        4/12/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

Debtor 1 | Katherine | Michelle | Rzad | Case number *(if known)* _____
| First Name | Middle Name | Last Name |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

| 4.3 | **Goldman Sachs Bank USA** | Last 4 digits of account number    2   8   2   1 | $7,941.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**    When was the debt incurred?    7/9/2021

**PO Box 70379**

Number        Street    **As of the date you file, the claim is:** Check all that apply.

**Philadelphia, PA 19176-0379**    ☐ Contingent

City        State        ZIP Code    ☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only    ☐ Student loans
☐ Debtor 2 only    ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only    priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**    ☑ Other. Specify    **CreditCard**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.4 | **Jenius Bank** | Last 4 digits of account number    9   9   1   0 | $12,031.00 |

Nonpriority Creditor's Name

**P.o. Box 71217**    When was the debt incurred?    6/26/2024

Number        Street

**As of the date you file, the claim is:** Check all that apply.

**Philadelphia, PA 19176**    ☐ Contingent

City        State        ZIP Code    ☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only    ☐ Student loans
☐ Debtor 2 only    ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only    priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**    ☑ Other. Specify    **Unsecured**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | Katherine | Michelle | Rzad | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.5**  **Jpmcb**

Nonpriority Creditor's Name

**MailCode LA4-7100 700 Kansas Lane**

Number          Street

**Monroe, LA 71203**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **6  5  3  8**          **$5,646.00**

**When was the debt incurred?**          **7/1/2021**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

---

**4.6**  **Krista Mashore Coaching**

Nonpriority Creditor's Name

**4075 Pier Point**

Number          Street

**Discovery Bay, CA 94505**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          **$13,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Unsecured Debt**

---

| Debtor 1 | Katherine | Michelle | Rzad | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.7** **Million Dollar Year**

Nonpriority Creditor's Name

**491 N Main St Ste. 300**

Number          Street

**Ketchum, ID 83340**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$1,393.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured Debt**

---

**4.8** **Sofi Lending Corp**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**633 Spirit Drive**

Number          Street

**Chesterfield, MO 63005-1243**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6   0   9   5          **$36,021.00**

**When was the debt incurred?**          1/19/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

Debtor 1     **Katherine**          **Michelle**          **Rzad**
        First Name          Middle Name          Last Name          Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        **Total claim**

---

**4.9**    **Sofi Lending Corp/MOHELA**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**633 Spirit Drive**

Number          Street

**Chesterfield, MO 63005-1243**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **6    3    6    5**        **$5,750.00**

When was the debt incurred?        **6/9/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

**4.10**    **Telecom Self-reported**

Nonpriority Creditor's Name

**Po Box 4500**

Number          Street

**Allen, TX 75013**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **D    3    2    7**        **$6.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Agriculture**

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | **Total claim** |
|---|---|---|

**4.11** | Upgrade, Inc. | Last 4 digits of account number   6   9   9   4 | **$10,056.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**275 Battery Street 23rd Floor**
Number     Street

**San Francisco, CA 94111**
City     State     ZIP Code

When was the debt incurred?     **6/1/2021**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

**4.12** | Upgrade, Inc. | Last 4 digits of account number   0   2   5   3 | **$6,937.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**275 Battery Street 23rd Floor**
Number     Street

**San Francisco, CA 94111**
City     State     ZIP Code

When was the debt incurred?     **6/1/2021**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CheckCreditOrLineOfCredit**

---

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.13**  **Upgrade, Inc.**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**275 Battery Street 23rd Floor**
Number          Street

**San Francisco, CA 94111**
City              State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    0   9   7   5

When was the debt incurred?        9/1/2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

**$5,207.00**

---

**4.14**  **USAA Federal Savings Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**9800 Fredricksburg Rd**
Number          Street

**San Antonio, TX 78288**
City              State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    1   5   1   9

When was the debt incurred?        10/26/2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **UnknownLoanType**

**$16,807.00**

---

Debtor 1    **Katherine**          **Michelle**          **Rzad**                    Case number *(if known)* _____
           First Name             Middle Name           Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.15**   **USAA Federal Savings Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**9800 Fredricksburg Rd**
Number          Street

**San Antonio, TX 78288**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7   3   4   6**          $13,764.00

When was the debt incurred?          **2/14/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.16**   **Wells Fargo Jewelry Advantage**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**POB 10438 MAC F8235-02F**
Number          Street

**Des Moines, IA 50306**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6   7   3   7**          $3,636.00

When was the debt incurred?          **5/1/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **ChargeAccount**

| Debtor 1 | Katherine | Michelle | Rzad | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.17**  **Zillow Group, Inc.**

Nonpriority Creditor's Name

**1 Huntington Quadrangle Ste 4N15**

Number            Street

**Melville, NY 11747**

City                State              ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    2   3   0   0          **$500.00**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured Debt**

---

Debtor 1 ___**Katherine**_____**Michelle**_____**Rzad**_____   Case number *(if known)* _____
       First Name      Middle Name      Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1**   **Zwicker & Associates, P.C.** _____
    Name

    **17950 Preston Road Ste. 750** _____
    Number     Street

    _____

    **Dallas, TX 75252** _____
    City     State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*
  ☐ Part 1: Creditors with Priority Unsecured Claims
  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **0**  **0**  **1**

**2**   **A.G. Adjustements, LTD** _____
    Name

    **c/o James Anderson** _____

    **740 Walt Whitman Road** _____
    Number     Street

    **Melville, NY 11747** _____
    City     State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.17** of *(Check one):*
  ☐ Part 1: Creditors with Priority Unsecured Claims
  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **5**  **5**  **9**  **3**

| Debtor 1 | Katherine | Michelle | Rzad | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.    Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
      Add the amounts for each type of unsecured claim.

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $7,977.57 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $7,977.57 |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $50,873.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $152,758.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $203,631.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Katherine** | **Michelle** | **Rzad** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Northern** | District of | **Texas** |
| Case number (if known) | | | |

☐ Check if this is an amended filing

<u>Official Form 106G</u>

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Divvy Homes** | Residential Lease to Own |
| | Name | |
| | **633 Folsom St** | |
| | Number          Street | |
| | **San Francisco, CA 76016** | |
| | City          State          ZIP Code | |
| 2.2 | **Verizon Wireless** | Phone Purchase / Lease |
| | Name | |
| | **P.O. Box 15069** | |
| | Number          Street | |
| | **Albany, NY 12212** | |
| | City          State          ZIP Code | |
| 2.3 | | |
| | Name | |
| | | |
| | Number          Street | |
| | | |
| | City          State          ZIP Code | |
| 2.4 | | |
| | Name | |
| | | |
| | Number          Street | |
| | | |
| | City          State          ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Katherine** | **Michelle** | **Rzad** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____

Case number
(if known) _____

☐ Check if this is an
   amended filing

<u>Official Form 106H</u>

# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.** **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2.** **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes. In which community state or territory did you live? _____ **Texas** _____. Fill in the name and current address of that person.

   **Patrick Quinn Mullen**
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number            Street

   _____
   City            State            ZIP Code

**3.** **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.** Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** | |
| Name _____ | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number      Street _____ | ☐ Schedule G, line _____ |
| City      State      ZIP Code | |
| **3.2** | |
| Name _____ | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number      Street _____ | ☐ Schedule G, line _____ |
| City      State      ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Katherine** | **Michelle** | **Rzad** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Northern** | District of | **Texas** |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | Occupation | **Managing Broker** | _____ |
| | Occupation may include student or homemaker, if it applies. | Employer's name | **Agentdesks Incorporated** | _____ |
| | | Employer's address | **1160 Battery St East #100 Radius Agent, c/o Spaces Levis Plaza** | |
| | | | Number        Street | Number        Street |
| | | | | |
| | | | **San Francisco, CA 94111** | |
| | | | City        State        ZIP Code | City        State        ZIP Code |
| | | How long employed there? | **3 years** | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $6,333.33 | _____ |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | + _____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $6,333.33 | _____ |

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here...................................................... ➔ 4. | | $6,333.33 | _____ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $689.73 | _____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | _____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | _____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | _____ |
| 5e. **Insurance** | 5e. | $1,534.00 | _____ |
| 5f. **Domestic support obligations** | 5f. | $0.00 | _____ |
| 5g. **Union dues** | 5g. | $0.00 | _____ |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + _____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $2,223.73 | _____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $4,109.60 | _____ |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | _____ |
| 8b. **Interest and dividends** | 8b. | $0.00 | _____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | _____ |
| 8d. **Unemployment compensation** | 8d. | $0.00 | _____ |
| 8e. **Social Security** | 8e. | $0.00 | _____ |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | _____ |
| 8g. **Pension or retirement income** | 8g. | $0.00 | _____ |
| 8h. **Other monthly income.** Specify: __Gift from Mother__ | 8h. + | $0.00 | + _____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | _____ |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $4,109.60 | + _____ = $4,109.60 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: __Contributions to Household Expenses from partner__                     11. +   $1,600.00

Debtor 1    **Katherine**     **Michelle**     **Rzad**        Case number *(if known)*

       First Name       Middle Name       Last Name

---

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

     12.    **$5,709.60**

**Combined
monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

❑ Yes. Explain:

---

**Fill in this information to identify your case:**

Debtor 1    **Katherine        Michelle        Rzad**

First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)

First Name        Middle Name        Last Name

United States Bankruptcy Court for the:        **Northern District of Texas**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　　☐ No

   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**        ☐ No

   Do not list Debtor 1 and        ☑ Yes. Fill out this information
   Debtor 2.        　　for each dependent...............

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **4 yrs** | ☐ No.  ☑ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$0.00** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | **$0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$27.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$50.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Your expenses** |
|---|---|---|

| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$500.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$150.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$417.00** |
| | 6d. Other. Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$1,180.00** |
| 8. | **Childcare and children's education costs** | 8. | **$1,370.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$157.00** |
| 10. | **Personal care products and services** | 10. | **$90.00** |
| 11. | **Medical and dental expenses** | 11. | **$400.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$350.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$42.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$0.00** |
| | 15b. Health insurance | 15b. | **$0.00** |
| | 15c. Vehicle insurance | 15c. | **$155.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | **$0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | **$0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | **$0.00** |
| | 17c. Other. Specify: __Student loans_____ | 17c. | **$167.00** |
| | 17d. Other. Specify: _____ | 17d. | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

Debtor 1     **Katherine        Michelle        Rzad**                                    Case number *(if known)*
             First Name       Middle Name        Last Name

21.  **Other.** Specify:  **See Additional Page**                       21.  +                    **$550.00**

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                          22a.                  **$5,705.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.                  **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.         22c.                  **$5,705.00**

23.  **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I*.      23a.                  **$5,709.60**

    23b. Copy your monthly expenses from line 22c above.                    23b.  −               **$5,705.00**

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income*.             23c.                  **$4.60**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.

Debtor 1    **Katherine**        **Michelle**        **Rzad**

Case number *(if known)* _____

First Name        Middle Name        Last Name

| | Amount |
|---|---|
| **21. Other** | |
| TV Subscriptions | $100.00 |
| Gym membership | $100.00 |
| Pet/food/supplies | $350.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Katherine** | **Michelle** | **Rzad** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1:  Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................ | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................... | **$30,413.74** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................ | **$30,413.74** |

## Part 2:  Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$0.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$7,977.57** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$203,631.00** |
| **Your total liabilities** | **$211,608.57** |

## Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................... | **$5,709.60** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................ | **$5,705.00** |

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

---

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

---

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

| | **$7,034.44** |
|---|---|

---

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$7,977.57** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$50,873.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$58,850.57** |

---

Fill in this information to identify your case:

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Northern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Katherine Michelle Rzad**
Katherine Michelle Rzad, Debtor 1

Date **05/28/2025**
MM/  DD/  YYYY

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Katherine**　　**Michelle**　　**Rzad** |
| | First Name　　Middle Name　　Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name　　Middle Name　　Last Name |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy  04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married

☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **3617 Lake Tahoe Drive** | From **04/19/2022** | | From _____ |
| Number　Street | To **03/18/2025** | Number　Street | To _____ |
| **Arlington, TX 76016** | | | |
| City　　State　ZIP Code | | City　　State　ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **6624 Deseo #254** | From **06/01/2020** | | From _____ |
| Number　Street | To **06/24/2022** | Number　Street | To _____ |
| **Irving, TX 75039** | | | |
| City　　State　ZIP Code | | City　　State　ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 2:** Explain the Sources of Your Income</div>

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$20,416.67** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$79,356.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$111,155.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Proceeds from Stocks (pay out) E-Trade** | **$10,081.00** | | |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | | | | |

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | | Case number *(if known)* _____ |
|----------|---------------|--------------|----------|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____ <br> Creditor's Name | _____ | _____ | _____ | ☐ Mortgage |
| | | | | ☐ Car |
| _____ <br> Number      Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| _____ <br> City           State     ZIP Code | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ <br> Insider's Name | _____ | _____ | _____ | |
| _____ <br> Number      Street | _____ | | | |
| _____ | _____ | | | |
| _____ <br> City           State     ZIP Code | | | | |

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br>City          State    ZIP Code | _____ | | | |

---

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **American Express National Bank vs Katherine Rzad AKA Katherine M. Rzad** | **Civil Suit / Debt Claim** | **Justice of the Peace Court Precinct 2, Place 1, Tarrant County, Texas**<br>Court Name<br>**100 W Weatherford Stree Room 450**<br>Number    Street<br>**Fort Worth, TX 76196**<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **JP02-25DC00025932** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

Debtor 1      **Katherine**      **Michelle**      **Rzad**

       First Name       Middle Name       Last Name

Case number *(if known)* _____

| Describe the property | Date | Value of the property |
|---|---|---|
| **2024 Tax refund** | 03/01/2025 | $1,096.00 |

**Internal Revenue Service**

Creditor's Name

**POBox 7346**

Number    Street

**Philadelphia, PA 19101-7346**

City        State     ZIP Code

**Explain what happened**

❏ Property was repossessed.

❏ Property was foreclosed.

❏ Property was garnished.

☑ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❏ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number   Street | | | |
| City    State    ZIP Code | | | |

Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❏ Yes

---

**Part 5:**  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❏ Yes. Fill in the details for each gift.

Debtor 1   __Katherine__          __Michelle__          __Rzad__

                First Name          Middle Name          Last Name

Case number *(if known)* _____

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | | |
| | | | |
| Number      Street | | | |
| | | | |
| City                State   ZIP Code | | | |

Person's relationship to you _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | | |
| | | | |
| Number      Street | | | |
| | | | |
| City              State   ZIP Code | | | |

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 7:** List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kisch Consumer Law, PLLC**<br>Person Who Was Paid | **Attorney's Fee** | **4/14/2025** | **$2,500.00** |
| **6915 Kelsey Rae Ct.**<br>Number     Street | | | |
| **Houston, TX 77069**<br>City          State      ZIP Code | | | |
| _____<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number     Street | | _____ | _____ |
| | | _____ | _____ |
| City          State      ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

Debtor 1  __Katherine__      __Michelle__          __Rzad__                                    Case number *(if known)* _____
First Name        Middle Name          Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| City           State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |
| **Number    Street** | | | | |
| **City           State    ZIP Code** | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page **8**

Debtor 1    __Katherine__      __Michelle__      __Rzad__                    Case number *(if known)* _____
            First Name         Middle Name       Last Name

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| _____ | _____ | | ☐ Yes |
| Name of Financial Institution | Name | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| | City        State    ZIP Code | | |
| City        State   ZIP Code | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| _____ | _____ | | ☐ Yes |
| Name of Storage Facility | Name | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| | City        State    ZIP Code | | |
| City        State   ZIP Code | | | |

| **Part 9:** | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____ | | | _____ |
| Owner's Name | _____ | | |
| | Number    Street | | |
| _____ | _____ | | |
| Number    Street | | | |
| _____ | City        State    ZIP Code | | |
| City        State   ZIP Code | | | |

| Debtor 1 | Katherine | Michelle | Rzad | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

Debtor 1    __Katherine__    __Michelle__    __Rzad__    Case number *(if known)* _____
First Name        Middle Name        Last Name

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | **Court Name** _____ | | ☐ **Pending** |
| _____ | **Number    Street** _____ | | ☐ **On appeal** |
| Case number _____ | **City        State    ZIP Code** | | ☐ **Concluded** |

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

---

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| __Katherine M Rzad LLC__ | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | **Real Estate Sales** | EIN: __ __ – __ __ __ __ __ __ __ |
| _____ | | |
| __3617 Lake Tahoe Drive__ | Name of accountant or bookkeeper | Dates business existed |
| **Number    Street** | | From  __05/01/2021__  To _____ |
| __Arlington, TX 76016__ | | |
| **City         State   ZIP Code** | | |

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ | |
| **Name** | **MM / DD / YYYY** |
| _____ | |
| **Number    Street** | |
| _____ | |
| **City         State   ZIP Code** | |

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


**X  /s/ Katherine Michelle Rzad**

Signature of Katherine Michelle Rzad, Debtor 1


Date  **05/28/2025**


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Katherine | Michelle | Rzad |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Northern District of Texas | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<span style="background:black;color:white">**Part 2:**</span>  List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | Verizon Wireless | ☐ No |
| Description of leased property: | Phone Purchase / Lease | ☑ Yes |
| Lessor's name: | | ☐ No |
| Description of leased property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased property: | | ☐ Yes |

<span style="background:black;color:white">**Part 3:**</span>  Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X** **/s/ Katherine Michelle Rzad** _____

Signature of Debtor 1

Date **05/28/2025** _____

MM/  DD/  YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**      Rzad, Katherine Michelle

Case No. _____

**Debtor**                                                      Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................      **$2,500.00**

Prior to the filing of this statement I have received .................................................................      **$2,500.00**

Balance Due .............................................................................................................................      **$0.00**

2.      The source of the compensation paid to me was:

☑ Debtor             ☐ Other (specify)

3.      The source of compensation to be paid to me is:

☑ Debtor             ☐ Other (specify)

4.      ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.      Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.      Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **05/28/2025** | **/s/ Karen Kisch** |
|---|---|
| *Date* | Karen Kisch |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 11139175
Kisch Consumer Law, PLLC
6915 Kelsey Rae Ct.
Houston, TX 77069
Phone: (713) 258-0259

</div>

**Kisch Consumer Law, PLLC**
*Name of law firm*

---

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☐ 1. There is no presumption of abuse.

☑ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income   12/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$5,737.61** | _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | **$0.00** | _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | **$0.00** | _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | | |
| Ordinary and necessary operating expenses | - $0.00 | - | | |
| Net monthly income from a business, profession, or farm | $0.00 | | Copy here → | **$0.00** |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | | |
| Ordinary and necessary operating expenses | - $0.00 | - | | |
| Net monthly income from rental or other real property | $0.00 | | Copy here → | **$0.00** |

| 7. | **Interest, dividends, and royalties** | **$0.00** | _____ |
|---|---|---|---|

Debtor 1    **Katherine**     **Michelle**     **Rzad**     Case number *(if known)* _____

First Name     Middle Name     Last Name

| | *Column A*<br>Debtor 1 | *Column B*<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **8. Unemployment compensation** | $0.00 | _____ |
| Do not enter the amount if you contend that the amount received was a benefit under | | |
| the Social Security Act. Instead, list it here: .................................................. ↓ | | |
| For you..................................................................................    **$0.00** | | |
| For your spouse................................................................ _____ | | |
| **9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $0.00 | _____ |
| **10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | | |
| **Proceeds from Stocks (pay out) E-Trade** _____ | $796.83 | _____ |
| **Gift from Mother** _____ | $500.00 | _____ |
| Total amounts from separate pages, if any. | + _____ | + _____ |
| **11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $7,034.44 | + _____ = $7,034.44<br>**Total current monthly income** |

---

**Part 2:** Determine Whether the Means Test Applies to You

---

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11................................................................    Copy line 11 here →    **$7,034.44**

Multiply by 12 (the number of months in a year).      **x 12**

12b. The result is your annual income for this part of the form.      12b.   **$84,413.28**

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    Texas

Fill in the number of people in your household.    2

Fill in the median family income for your state and size of household..........................................................   13.   **$83,037.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
     Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☑ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
     Go to Part 3 and fill out Form 122A–2.

Debtor 1    __Katherine__    __Michelle__    __Rzad__    Case number *(if known)* _____

   First Name       Middle Name       Last Name

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** __/s/ Katherine Michelle Rzad_____

Signature of Debtor 1

Date __05/28/2025_____

   MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

</td></tr>
</table>

| Debtor 1 | **Katherine** | **Michelle** | **Rzad** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:      **Northern District of Texas**

Case number
(if known) _____

**Check the appropriate box as directed in lines 40 or 42:**

According to the calculations required by this Statement:

☑ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

# Official Form 122A-2

# Chapter 7 Means Test Calculation

**04/25**

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

## Part 1: Determine Your Adjusted Income

1. Copy your total current monthly income. ................................. Copy line 11 from Official From 122A-1 here →..............     **$7,034.44**

2. **Did you fill out Column B in Part 1 of Form 122A-1?**

   ☑ No. Fill in $0 for the total on line 3.

   ☐ Yes. Is your spouse filing with you?

       ☐ No. Go to line 3.

       ☐ Yes. Fill in $0 for the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☑ No. Fill in 0 for the total on line 3.

   ☐ Yes. Fill in the information below:

| **State each purpose for which the income was used**<br>For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | **Fill in the amount you are subtracting from your spouse's income** |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | + _____ |
| **Total** .................................................................   **$0.00** | Copy total here.......→    −    **$0.00** |

4. **Adjust your current monthly income.** Subtract the total on line 3 from line 1.     **$7,034.44**

Debtor 1    __Katherine__    __Michelle__    __Rzad__    Case number *(if known)* _____

    First Name        Middle Name        Last Name

**Part 2:**  Calculate Your Deductions from Your Income

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 122A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 122A–1 is filled in.

5. **The number of people used in determining your deductions from income**

   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.   | 2 |

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.   **$1,481.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

**People who are under 65 years of age**

| 7a. | Out-of-pocket health care allowance per person | **$84.00** | | |
| 7b. | Number of people who are under 65 | X  **2** | | |
| 7c. | Subtotal. Multiply line 7a by line 7b. | **$168.00** | Copy here → | $168.00 |

**People who are 65 years of age or older**

| 7d. | Out-of-pocket health care allowance per person | **$149.00** | | |
| 7e. | Number of people who are 65 or older | X  **0** | | |
| 7f. | Subtotal. Multiply line 7d by line 7e. | **$0.00** | Copy here → | + $0.00 |

| 7g. | **Total.** Add lines 7c and 7f. ............................................................... | **$168.00** | Copy total here → | $168.00 |

Debtor 1 _____ Katherine _____ Michelle _____ Rzad _____   Case number *(if known)* _____

First Name      Middle Name      Last Name

---

| **Local Standards** | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

■ **Housing and utilities – Insurance and operating expenses**

■ **Housing and utilities – Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.**

8.    **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses..........................................................................    <u>$727.00</u>

9.    **Housing and utilities – Mortgage or rent expenses:**

     9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses....................................................    <u>$1,787.00</u>

     9b. Total average monthly payment for all mortgages and other debts secured by your home.

       To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | + _____ |

       Total average monthly payment    <u>$0.00</u>    Copy here →    <u>$0.00</u>    Repeat this amount on line 33a.

     9c. Net mortgage or rent expense.

       Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0..................................................    <u>$1,787.00</u>    Copy here →    <u>$1,787.00</u>

10.    **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**    <u>$0.00</u>

     Explain why: _____
_____

11.    **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

     ☐ 0. Go to line 14.

     ☑ 1. Go to line 12.

     ☐ 2 or more. Go to line 12.

12.    **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.    <u>$320.00</u>

---

Debtor 1     Katherine          Michelle          Rzad                    Case number *(if known)* _____

       First Name           Middle Name           Last Name

---

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | **Describe Vehicle 1:** _____ |
|---|---|

_____

13a. Ownership or leasing costs using IRS Local Standard.....................................     _____

13b. Average monthly payment for all debts secured by Vehicle 1.

    Do not include costs for leased vehicles.

    To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| _____ | _____ |
| _____ | + _____ |
| Total average monthly payment | _____ |

Copy here →    – _____    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense

    Subtract line 13b from line 13a. If this amount is less than $0, enter $0.............     _____     **Copy net Vehicle 1 expense here....→**     _____

| Vehicle 2 | **Describe Vehicle 2:** _____ |
|---|---|

_____

13d. Ownership or leasing costs using IRS Local Standard.....................................     _____

13e. Average monthly payment for all debts secured by Vehicle 2.

    Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| _____ | _____ |
| _____ | + _____ |
| Total average monthly payment | _____ |

Copy here →    – _____    Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense

    Subtract line 13e from line 13d. If this amount is less than $0, enter $0.............     _____     **Copy net Vehicle 2 expense here....→**     _____

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.     _____

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.     **$0.00**

Debtor 1    **Katherine**    **Michelle**    **Rzad**    Case number *(if known)* _____

First Name         Middle Name         Last Name

| Other Necessary Expenses | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:**                                                                                                                              $550.37
The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, selfemployment taxes, Social Security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and    $0.00
uniform costs.

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together,    $0.00
include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as    $0.00
spousal or child support payments.

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

20. **Education:** The total monthly amount that you pay for education that is either required:                                                  $0.00
  ▪ as a condition for your job, or
  ▪ for your physically or mentally challenged dependent child if no public education is available for similar services.

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.                   $0.00
Do not include payments for any elementary or secondary school education.

22. **Additional health care expenses, excluding insurance costs:**                                                                          $480.00
The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7. Payments for health insurance or health savings accounts should be listed only in line 25.

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your    +    $0.00
dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**                                                                  $5,513.37
Add lines 6 through 23.

Debtor 1  Katherine  Michelle  Rzad  Case number *(if known)* _____

First Name  Middle Name  Last Name

| Additional Expense Deductions | These are additional deductions allowed by the Means Test. *Note:* Do not include any expense allowances listed in lines 6-24. |
|---|---|

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | |
|---|---|
| Health insurance | $1,410.84 |
| Disability insurance | $0.00 |
| Health savings account | + $166.67 |
| Total | $1,577.51 |

Copy total here → .............................. $1,577.51

Do you actually spend this total amount?

☐ No. How much do you actually spend? _____

☑ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).  $0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.  $0.00

By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.  $0.00

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $214.58* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.  $680.00

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/28, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.  $0.00

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 126 U.S.C. § 170(c)(1)-(2).  + $0.00

32. **Add all of the additional expense deductions.** Add lines 25 through 31.  $2,257.51

Debtor 1  __Katherine__    __Michelle__    __Rzad__    Case number *(if known)* _____

First Name          Middle Name          Last Name

---

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

    | | Average monthly payment |
    |---|---|

    **Mortgages on your home**

    33a. Copy line 9b here ........................................................→    **$0.00**

    **Loans on your first two vehicles**

    33b. Copy line 13b here ......................................................→    **$0.00**

    33c. Copy line 13e here ......................................................→    _____

    33d. List other secured debts:

    | Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
    |---|---|---|---|
    | _____ | _____ | ☐ No ☐ Yes | _____ |
    | _____ | _____ | ☐ No ☐ Yes | _____ |
    | _____ | _____ | ☐ No ☐ Yes | + _____    Copy total here→ |

    33e. Total average monthly payment. Add lines 33a through 33d. ...................................    | $0.00 |    **$0.00**

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

    ☑ No. Go to line 35.

    ☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

    | Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
    |---|---|---|---|---|
    | _____ | _____ | _____ | ÷ 60 = | _____ |
    | _____ | _____ | _____ | ÷ 60 = | _____ |
    | _____ | _____ | _____ | ÷ 60 = | + _____ |
    | | | Total | | $0.00    Copy total here→    **$0.00** |

35. **Do you owe any priority claims such as a priority tax, child support, or alimony— that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

    ☐ No. Go to line 36.

    ☑ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

    Total amount of all past-due priority claims..................................................    **$7,977.57**    ÷ 60 ≡    **$132.96**

---

Debtor 1    **Katherine    Michelle    Rzad**                    Case number *(if known)* _____

_____First Name_____    _____Middle Name_____    _____Last Name_____

---

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
    For more information, go online using the link for *Bankruptcy Basics* specified in the separate instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

    ☑ No.  Go to line 37.

    ☐ Yes.  Fill in the following information.

    Projected monthly plan payment if you were filing under Chapter 13                    _____

    Current multiplier for your district as stated on the list issued by the
    Administrative Office of the United States Courts (for districts in Alabama and
    North Carolina) or by the Executive Office for United States Trustees (for all
    other districts).                                                            X   _____

    To find a list of district multipliers that includes your district, go online using the
    link specified in the separate instructions for this form. This list may also be
    available at the bankruptcy clerk's office.

    Average monthly administrative expense if you were filing under Chapter 13    _____  **Copy total here →**    _____

37. **Add all of the deductions for debt payment.**
    Add lines 33e through 36 ............................................................................................    | **$132.96** |

---

### Total Deductions from Income

38. **Add all of the allowed deductions.**

    Copy line 24, *All of the expenses allowed under IRS expense allowances* ............................    **$5,513.37**

    Copy line 32, *All of the additional expense deductions* .........    **$2,257.51**

    Copy line 37, *All of the deductions for debt payment* ..............  **+**  **$132.96**

    Total deductions    | **$7,903.84** |    **Copy total here** ........................... →    **$7,903.84**

---

**Part 3:**  Determine Whether There Is a Presumption of Abuse

39. **Calculate monthly disposable income for 60 months**

    39a.  Copy line 4, *adjusted current monthly income* .....    **$7,034.44**

    39b.  Copy line 38, *Total deductions* ..........    **–**  **$7,903.84**

    39c.  Monthly disposable income. 11 U.S.C. § 707(b)(2).
          Subtract line 39b from line 39a.    | **($869.40)** |    **Copy here →**    **($869.40)**

          For the next 60 months (5 years) .......................................................    x 60

    39d.  **Total.** Multiply line 39c by 60. ......................................................    | **($52,164.00)** |    **Copy here →**    | **($52,164.00)** |

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

    ☑ **The line 39d is less than $10,275.00\*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

    ☐ **The line 39d is more than $17,150.00\*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

    ☐ **The line 39d is at least $10,275.00\*, but not more than $17,150.00\*.** Go to line 41.

    \* Subject to adjustment on 4/01/28, and every 3 years after that for cases filed on or after the date of adjustment

---

Debtor 1    Katherine    Michelle    Rzad

First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**41.**  41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 106Sum), you may refer to line 3b on that form...........................................

_____

41b. **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I). Multiply line 41a by 0.25.

x  .25

_____   Copy   _____
here →

**42. Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**

Check the box that applies:

☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

---

**Part 4:    Give Details about Special Circumstances**

---

**43.  Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☑ No.    Go to part 5.

☐ Yes.    Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

---

**Part 5:    Sign Below**

---

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Katherine Michelle Rzad_____
Signature of Debtor 1

Date **05/28/2025**_____
MM/  DD/  YYYY

---

**CURRENT MONTHLY INCOME PAYSTUB DETAILS**

In re:   **Rzad, Katherine Michelle (Debtor)**

Case Number:

Chapter:          **7**

| Rzad, Katherine Michelle (Debtor) |
|---|

| **2025** | Year-to-date Gross Income<br>$23,583.34 | Year-to-date Net<br>$14,892.46 |
|---|---|---|
| **May** | Month-to-date Gross Income<br>$0.00 | Month-to-date Net<br>$0.00 |

**No Paychecks Found**

| **April** | April 2025 Gross Income<br>$6,333.34 | April 2025 Net<br>$4,074.65 |
|---|---|---|

### 4/15/2025 — Agentdesks Incorporated

| | | |
|---|---|---|
| Regular: | $3,166.67 | **Other Deductions:** |
| **Total Earnings:** | **$3,166.67** | |
| Federal WH Tax | $158.68 | |
| Medicare Tax | $34.48 | |
| Social Security Tax | $147.43 | |
| Health Insurance | $705.42 | |
| Health Savings Account | $83.34 | |
| **Net Earnings:** | **$2,037.32** | |

### 4/30/2025 — Agentdesks Incorporated

| | | |
|---|---|---|
| Regular: | $3,166.67 | **Other Deductions:** |
| **Total Earnings:** | **$3,166.67** | |
| Federal WH Tax | $158.68 | |
| Medicare Tax | $34.48 | |
| Social Security Tax | $147.43 | |
| Health Insurance | $705.42 | |
| Health Savings Account | $83.33 | |
| **Net Earnings:** | **$2,037.33** | |

### Total for April

#### Agentdesks Incorporated

| | | |
|---|---|---|
| Regular: | $6,333.34 | **Other Deductions:** |
| Overtime: | $0.00 | |
| **Total Earnings:** | **$6,333.34** | |
| Federal WH Tax | $317.36 | |
| Social Security Tax | $294.86 | |
| Medicare Tax | $68.96 | |
| Health Insurance | $1,410.84 | |
| Health Savings Account | $166.67 | |
| **Net Earnings:** | **$4,074.65** | |

| **March** | March 2025 Gross Income<br>$6,166.66 | March 2025 Net<br>$3,940.73 |
|---|---|---|

**3/14/2025 — Agentdesks Incorporated**

| | | |
|---|---|---|
| Regular: | $3,083.33 | **Other Deductions:** |
| **Total Earnings:** | **$3,083.33** | |
| Federal WH Tax | $148.68 | |
| Medicare Tax | $33.27 | |
| Social Security Tax | $142.26 | |
| Health Insurance | $705.42 | |
| Health Savings Account | $83.34 | |
| **Net Earnings:** | **$1,970.36** | |

**3/31/2025 — Agentdesks Incorporated**

| | | |
|---|---|---|
| Regular: | $3,083.33 | **Other Deductions:** |
| **Total Earnings:** | **$3,083.33** | |
| Federal WH Tax | $148.68 | |
| Medicare Tax | $33.27 | |
| Social Security Tax | $142.26 | |
| Health Insurance | $705.42 | |
| Health Savings Account | $83.33 | |
| **Net Earnings:** | **$1,970.37** | |

**Total for March**

**Agentdesks Incorporated**

| | | |
|---|---|---|
| Regular: | $6,166.66 | **Other Deductions:** |
| Overtime: | $0.00 | |
| **Total Earnings:** | **$6,166.66** | |
| Federal WH Tax | $297.36 | |
| Social Security Tax | $284.52 | |
| Medicare Tax | $66.54 | |
| Health Insurance | $1,410.84 | |
| Health Savings Account | $166.67 | |
| **Net Earnings:** | **$3,940.73** | |

# February

| | |
|---|---|
| **February 2025 Gross Income** <br> **$5,750.00** | **February 2025 Net** <br> **$3,605.93** |

**2/14/2025 — Agentdesks Incorporated**

| | | |
|---|---|---|
| Regular: | $2,666.67 | **Other Deductions:** |
| **Total Earnings:** | **$2,666.67** | |
| Federal WH Tax | $98.68 | |
| Medicare Tax | $27.23 | |
| Social Security Tax | $116.43 | |
| Health Insurance | $705.42 | |
| Health Savings Account | $83.34 | |
| **Net Earnings:** | **$1,635.57** | |

**2/28/2025 — Agentdesks Incorporated**

| | | |
|---|---|---|
| Regular: | $3,083.33 | **Other Deductions:** |
| **Total Earnings:** | **$3,083.33** | |
| Federal WH Tax | $148.68 | |
| Medicare Tax | $33.27 | |
| Social Security Tax | $142.27 | |
| Health Insurance | $705.42 | |
| Health Savings Account | $83.33 | |
| **Net Earnings:** | **$1,970.36** | |

---

### Total for February

**Agentdesks Incorporated**

| | | |
|---|---|---|
| Regular: | $5,750.00 | **Other Deductions:** |
| Overtime: | $0.00 | |
| **Total Earnings:** | **$5,750.00** | |
| Federal WH Tax | $247.36 | |
| Social Security Tax | $258.70 | |
| Medicare Tax | $60.50 | |
| Health Insurance | $1,410.84 | |
| Health Savings Account | $166.67 | |
| **Net Earnings:** | **$3,605.93** | |

---

# January

| January 2025 Gross Income | January 2025 Net |
|---|---|
| $5,333.34 | $3,271.15 |

**1/15/2025 — Agentdesks Incorporated**

| | | |
|---|---|---|
| Regular: | $2,666.67 | **Other Deductions:** |
| **Total Earnings:** | **$2,666.67** | |
| Federal WH Tax | $98.68 | |
| Medicare Tax | $27.23 | |
| Social Security Tax | $116.43 | |
| Health Insurance | $705.42 | |
| Health Savings Account | $83.34 | |
| **Net Earnings:** | **$1,635.57** | |

**1/31/2025 — Agentdesks Incorporated**

| | | |
|---|---|---|
| Regular: | $2,666.67 | **Other Deductions:** |
| **Total Earnings:** | **$2,666.67** | |
| Federal WH Tax | $98.68 | |
| Medicare Tax | $27.23 | |
| Social Security Tax | $116.43 | |
| Health Insurance | $705.42 | |
| Health Savings Account | $83.33 | |
| **Net Earnings:** | **$1,635.58** | |

**Total for January**

| Agentdesks Incorporated | | |
|---|---|---|
| Regular: | $5,333.34 | Other Deductions: |
| Overtime: | $0.00 | |
| **Total Earnings:** | **$5,333.34** | |
| Federal WH Tax | $197.36 | |
| Social Security Tax | $232.86 | |
| Medicare Tax | $54.46 | |
| Health Insurance | $1,410.84 | |
| Health Savings Account | $166.67 | |
| **Net Earnings:** | **$3,271.15** | |

# 2024

**2024 Gross Income**
$10,842.32

**2024 Net**
$6,665.88

# December

**December 2024 Gross Income**
$6,342.32

**December 2024 Net**
$4,085.53

| 12/2/2024 — Agentdesks Incorporated | | | |
|---|---|---|---|
| Regular: | $958.98 | Other Deductions: | |
| **Total Earnings:** | **$958.98** | Imputed Pay | $50.00 |
| Federal WH Tax | $4.65 | | |
| Medicare Tax | $13.91 | | |
| Social Security Tax | $59.46 | | |
| **Net Earnings:** | **$830.96** | | |

| 12/13/2024 — Agentdesks Incorporated | | | |
|---|---|---|---|
| Regular: | $2,716.67 | Other Deductions: | |
| **Total Earnings:** | **$2,716.67** | Imputed pay | $50.00 |
| Federal WH Tax | $108.06 | | |
| Medicare Tax | $27.95 | | |
| Social Security Tax | $119.53 | | |
| Health Insurance | $705.42 | | |
| Health Savings Account | $83.34 | | |
| **Net Earnings:** | **$1,622.37** | | |

| 12/31/2024 — Agentdesks Incorporated | | |
|---|---|---|
| Regular: | $2,666.67 | Other Deductions: |
| **Total Earnings:** | **$2,666.67** | |
| Federal WH Tax | $102.06 | |
| Medicare Tax | $27.23 | |
| Social Security Tax | $116.43 | |
| Health Insurance | $705.42 | |
| Health Savings Account | $83.33 | |
| **Net Earnings:** | **$1,632.20** | |

## Total for December

### Agentdesks Incorporated

| | | |
|---|---|---|
| Regular: | **$6,342.32** | **Other Deductions:** |
| Overtime: | **$0.00** | Imputed Pay | **$50.00** |
| | | Imputed pay | **$50.00** |
| **Total Earnings:** | **$6,342.32** | |
| Federal WH Tax | **$214.77** | |
| Social Security Tax | **$295.42** | |
| Medicare Tax | **$69.09** | |
| Health Insurance | **$1,410.84** | |
| Health Savings Account | **$166.67** | |
| **Net Earnings:** | **$4,085.53** | |

# November

| | November 2024 Gross Income $4,500.00 | November 2024 Net $2,580.35 |
|---|---|---|

### 11/15/2024 — Agentdesks Incorporated

| | | |
|---|---|---|
| Regular: | **$2,250.00** | **Other Deductions:** |
| **Total Earnings:** | **$2,250.00** | |
| Federal WH Tax | **$54.87** | |
| Medicare Tax | **$21.18** | |
| Social Security Tax | **$90.60** | |
| Health Insurance | **$705.42** | |
| Health Savings Account | **$83.34** | |
| **Net Earnings:** | **$1,294.59** | |

### 11/29/2024 — Agentdesks Incorporated

| | | |
|---|---|---|
| Regular: | **$2,250.00** | **Other Deductions:** |
| **Total Earnings:** | **$2,250.00** | |
| Federal WH Tax | **$59.88** | |
| Medicare Tax | **$21.91** | |
| Social Security Tax | **$93.70** | |
| Health Insurance | **$705.42** | |
| Health Savings Account | **$83.33** | |
| **Net Earnings:** | **$1,285.76** | |

## Total for November

### Agentdesks Incorporated

| | | |
|---|---|---|
| Regular: | **$4,500.00** | **Other Deductions:** |
| Overtime: | **$0.00** | |
| **Total Earnings:** | **$4,500.00** | |
| Federal WH Tax | **$114.75** | |
| Social Security Tax | **$184.30** | |
| Medicare Tax | **$43.09** | |
| Health Insurance | **$1,410.84** | |
| Health Savings Account | **$166.67** | |
| **Net Earnings:** | **$2,580.35** | |

**Average for All Paychecks**

**Agentdesks Incorporated**

| | | | |
|---|---|---|---|
| Regular: | $2,648.13 | **Other Deductions:** | |
| Overtime: | $0.00 | | $7.69 |
| **Total Earnings:** | $2,648.13 | | |
| Federal WH Tax | $106.84 | | |
| Social Security Tax | $119.28 | | |
| Medicare Tax | $27.90 | | |
| Health Insurance | $651.16 | | |
| Health Savings Account | $76.92 | | |
| **Net Earnings:** | $1,658.33 | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Rzad, Katherine Michelle**                                    CASE NO

                                                                        CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**05/28/2025**___     Signature _____**/s/ Katherine Michelle Rzad**_____

                                                        Katherine Michelle Rzad, Debtor

A.G. Adjustements, LTD
c/o James Anderson
740 Walt Whitman Road
Melville, NY 11747


AES
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461


Amex
Po Box 297871
Ft Lauderdale, FL 33329-7871


Divvy Homes
633 Folsom St
San Francisco, CA 76016


Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176-0379


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Jenius Bank
P.o. Box 71217
Philadelphia, PA 19176


Jpmcb
MailCode LA4-7100 700 Kansas Lane
Monroe, LA 71203

Krista Mashore Coaching
4075 Pier Point
Discovery Bay, CA 94505


Million Dollar Year
491 N Main St Ste. 300
Ketchum, ID 83340


Katherine Michelle Rzad
3617 Lake Tahoe Drive
Arlington, TX 76016


Sofi Lending Corp
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005-1243


Sofi Lending Corp/MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005-1243


Telecom Self-reported
Po Box 4500
Allen, TX 75013


Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111


USAA Federal Savings Bank
Attn: Bankruptcy 9800 Fredricksburg Rd
San Antonio, TX 78288

Verizon Wireless
P.O. Box 15069
Albany, NY 12212


Wells Fargo Jewelry
Advantage
Attn: Bankruptcy
POB 10438 MAC F8235-02F
Des Moines, IA 50306

Zillow Group, Inc.
1 Huntington Quadrangle Ste 4N15
Melville, NY 11747


Zwicker & Associates, P.C.
17950 Preston Road Ste. 750
Dallas, TX 75252